IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DWAYNE ACKIE,

    *Plaintiff,*

v.

PHILADELPHIA GAS WORKS, et al.,

    *Defendants.*

CIVIL ACTION
NO. 19-04275

## **ORDER**

**AND NOW**, this 31st day of January 2020, upon consideration of Plaintiff Dwayne Ackie's Amended Complaint (ECF No. 8), Defendant Philadelphia Gas Works' Partial Motion to Dismiss (ECF No. 11) and Plaintiff's Response (ECF No. 14), it is hereby **ORDERED** that the Motion is **GRANTED.** Count IV of the Amended Complaint against PGW is **DISMISSED** without prejudice. Ackie may file a second amended complaint on or before **Friday, February 14, 2020**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.