IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DWAYNE ACKIE,<br><br>　　　　　*Plaintiff,*<br><br>v.<br><br>PHILADELPHIA GAS WORKS, et al.,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br><br>NO. 19-4275 |

# ORDER

**AND NOW**, this 10th day of June 2021, upon consideration of Philadelphia Gas Works' Motion for Summary Judgment (ECF 56), Ackie's Response (ECF 66) and PGW's Reply (ECF 67), as well as Gas Works Employees' Union Local 686's Motion for Summary Judgment (ECF 55), Ackie's Response (ECF 62) and Local 686's Reply (ECF 68) and having heard oral argument on both Motions (ECF 72), it is hereby **ORDERED** that the Motions are **GRANTED**.  Judgment is entered in favor of PGW and Local 686 and against Ackie on all claims.  The Clerk of Court shall **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　 */s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.